UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN BURKHARDT, individually and on behalf of all others similarly situated,

                Plaintiffs,

-v-

MONEYLION TECHNOLOGIES INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 6761 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 21, 2025, the Honorable Dale E. Ho referred this action to the undersigned for general pre-trial and class certification motion purposes. (ECF No. 38). No answer or other response to the Complaint having been filed, the Court ORDERS Defendants to answer or otherwise respond to the Complaint by **Friday, September 5, 2025**.

Dated:    New York, New York
            August 22, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**